UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| Dennis Lauterbach, Sr., ) <br>        *Petitioner*, ) <br> ) <br> v. ) <br> ) <br> Administrator, Federal Aviation ) <br> Administration, and the ) <br> National Transportation Safety Board, ) <br> ) <br>        *Respondent*. ) | PETITION FOR REVIEW <br><br> No. 14-1163 <br> Filed: June 21, 2015 |

**STATEMENT OF INTENT WITH RESPECT
TO DEFERRED JOINT APPENDIX**

    The Petitioner Dennis Lauterbach, Sr. <u>does not</u> intend to utilize a deferred joint appendix.

DATED:     July 14, 2015

                    Respectfully submitted,

/s/ Jeffrey L. Zimring                    /s/ Frederic E. Zimring
Jeffrey L. Zimring                         Frederic E. Zimring
*Co-Counsel for Petitioner*           *Co-Counsel for Petitioner*
1735 Central Avenue, Suite 200    P.O. Box 830154
Albany, New York 12205            Richardson, Texas 75083
(518) 210-0307                            (972) 234-1362
jeff@zimringlaw.com               fredez@tx.rr.com
CADC Bar Roll No. 56114          CADC Bar Roll No. 37214